IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:99mj54 |
| | ) |
| v. | ) **ORDER TO DISMISS COMPLAINT** |
| | ) |
| (1) EARL MURRAY KETTEHKUMUE | ) |
| | ) |

Leave of Court is hereby granted for the dismissal without prejudice of the criminal complaint in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

This 21st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE